United States District Court
Middle District of Florida
Jacksonville Division
In Admiralty

**DAMES POINT WORKBOATS, LLC,**

    *Plaintiff,*

v.                                                                                          NO. 3:24-cv-50-PDB

**COAST TO COAST DOCK AND SEAWALL, LLC,**

    *Defendant.*

___

# Order

Based on the joint stipulation, Doc. 28, the Court **dismisses** the action with prejudice and **directs** the clerk to close the file. Each party must bear their own attorney's fees and costs.

**Ordered** in Jacksonville, Florida, on March 21, 2025.

_____
PATRICIA D. BARKSDALE
United States Magistrate Judge